[901 NE2d 749, 873 NYS2d 256]

TODD SCHOSEK, as Administrator of the Estate of JESSE J. SCHOSEK, Deceased, et al., Appellants, v AMHERST PAVING, INC., et al., Respondents.

Decided December 17, 2008

### APPEARANCES OF COUNSEL

*Michael L. Kobiolka*, Eden, for Todd Schosek, appellant.

*Michael G. Cooper*, Hamburg, for Kelly Schosek, appellant.

*Kenney Shelton Liptak Nowak LLP*, Buffalo (*Brian Mac-Donald* of counsel), for Amherst Paving, Inc., respondent.

### OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order, insofar as appealed from, reversed, with costs, and that part of defendant Amherst Paving, Inc.'s motion that sought summary judgment dismissing the complaint against it denied. A triable issue of fact exists as to whether Amherst Paving created or exacerbated a dangerous condition.

Concur: Chief Judge KAYE and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.